IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLARD G. BROWN,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3426

Opinion filed August 6, 2014.

An appeal from the Circuit Court for Duval County.
Mallory D. Cooper, Judge.

Nancy A. Daniels, Public Defender, Danielle Jorden, Assistant Public Defender, and Glen P. Gifford, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Justin D. Chapman, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED. Williams v. State, -- So. 3d --, 39 Fla. L. Weekly D1336

(Fla. 1st DCA 2014); Gideon v. State, 1D13-4173, 2014 WL 3566538 (Fla. 1st

DCA 2014); Culp v. State, 1D13-1808, 2014 WL 3600434 (Fla. 1st DCA 2014).

BENTON, CLARK, and OSTERHAUS, JJ., CONCUR.